No. 988. Busigó, Apelante, *v.* Jordán et al., Apelados.— Apelación procedente de la Corte de Distrito de Mayagüez. Moción de la parte apelada para que se desestime la apelación y de la parte apelante para corregir el récord. Resuelto en junio 9, 1913. Denegada la moción sobre desestimación de la apelación y concedida la moción sobre corrección de autos. Abogado del apelante: *Sr. Herminio Díaz*. Abogado de los apelados: *Sr. José G. Torres*.

---

No. 610. El Pueblo, Apelado, *v.* Colón, Apelante.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Resuelto en junio 11, 1913. Confirmada la sentencia apelada. Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal*. El apelante no compareció.

---

No. 999. Noya, Apelado, *v.* Aramburu, Apelante.—Apelación procedente de la Corte de Distrito de Humacao. Moción del apelado para que se desestime la apelación. Resuelto en junio 16, 1913. Desestimada la apelación por incumplimiento de los artículos 299 del Código de Enjuiciamiento Civil, enmendado por la Ley No. 70 de marzo 9, 1911, y 40 y 60 del Reglamento de este tribunal. Abogado del apelado: *Sr. Francisco González*. El apelante no compareció.